UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KRISTY MADSEN AND ERIC MADSEN,<br><br>    Plaintiffs,<br><br>v.<br><br>NORTHLAND HEARING CENTERS, INC. a/k/a NORTHLAND HEARING CENTERS, PENTA HEARING CARE, TOWNSQUARE HEARING CENTER, and ALL AMERICAN HEARING; JEFF LONGTAIN; JOSEPHINE VU; JOY GLEN; JOHN AND JANE DOES I-X and BUSINESS ENTITIES I-X,<br><br>    Defendants. | CIV. No. 2:13-cv-07580- (SDW-MCA)<br><br>Civil Action<br><br>ORDER *Report & Recommendat[ion]*<br>(Via Electronically) |

**THIS MATTER** having been opened to this Court upon application by Franzblau Dratch, P.C., attorneys for Plaintiffs for leave to amend the complaint and remand this action to the Superior Court of New Jersey, Law Division, Passaic County upon notice to Biancamano & DiStefano, P.C., as attorneys for Defendants; and the Court having considered the papers filed in connection with this motion; and for good cause being shown; *and for the reasons set forth in the decision;*

It is on this 14 day of May 2014, *Ordered* ~~ORDERED~~ that Plaintiffs' motion for leave to amend the complaint and to remand this action be and is hereby granted; and

it is further

ORDERED that Plaintiffs shall file an Amended Complaint in the form of the Amended Complaint as set forth in Exhibit C of the Certification filed in support of the application within five (5) ~~seven (7)~~ days of the date of entry of this Order; and it is further

Recommended ~~ORDERED~~ that upon the filing of the Amended Complaint by Plaintiffs, this action should be remanded to the Superior Court of New Jersey, Law Division, Passaic County. *

_____
Honorable Madeline Cox Arleo,
U.S.M.J.

* parties have 14 days to file any objections with District Judge.