NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| KRISTY MADSEN AND ERIC MADSEN, : | |
| : | Civil Action No. 13-7580 (SDW)(MCA) |
| Plaintiffs, : | |
| v. : | |
| : | **ORDER** |
| NORTHLAND HEARING CENTERS, INC. : | |
| a/k/a NORTHLAND HEARING CENTERS, : | |
| PENTA HEARING CARE, TOWNSQUARE : | May 29, 2014 |
| HEARING CENTER; JEFF LONGTAIN; : | |
| JOSEPHINE VU; JOY GLEN; KERI RUF; : | |
| JOHN AND JANE DOES I-X and : | |
| BUSINESS ENTITITES I-X, : | |
| Defendants. : | |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION
## OF THE MAGISTRATE JUDGE

This matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Madeline C. Arleo filed May 14, 2014, regarding Plaintiffs Kristy Madsen and Eric Madsen's ("Plaintiffs") Motion to Remand this action pursuant to 28 U.S.C. § 1447.  No objections to the R&R have been filed.

The Court has reviewed the R&R and related documents on file in this matter.  Based on the foregoing, and for good cause shown,

**IT IS**, on this 29th day of May, 2014,

**ORDERED** that the R&R of Magistrate Judge Arleo is **ADOPTED** by this Court; and it is further

**ORDERED** that Plaintiffs' Motion to Remand is **GRANTED**.

**SO ORDERED.**

<u>s/Susan D. Wigenton, U.S.D.J.</u>

cc:     Magistrate Judge Madeline C. Arleo